|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JULIAN J. ALEXANDER,   | No. 1:24-cv-00089 GSA (PC) |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTIONS TO CORRECT SPELLING OF DEFENDANT'S NAME |
| v. |  |
| MUSCTEMAN, et al., | (ECF Nos. 8, 10). |
| Defendants. |  |

Plaintiff has filed two motions requesting that the Court correct the spelling of one of the named defendants. ECF Nos. 8, 10. In them, he informs the Court that the spelling of the last name of the lead defendant should be "Muscleman," not "Muscteman." See ECF No. 8 at 1; ECF No 10 at 1.

Good cause appearing, Plaintiff's motions will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions requesting that the spelling of the lead defendant's name be corrected (ECF Nos. 8, 10) are GRANTED, and

2. The Clerk of Court shall correct the spelling of the last name of the lead defendant from "Muscteman" to "Muscleman" in the case caption on the docket.

1

IT IS SO ORDERED.

Dated: **August 24, 2024**               **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE